**JANET G. KATZ, as Administratrix of the estate of Abe Katz, deceased, v. SAM L. MATZ, MAX MATZ, EDWARD MATZ, as Trustees under that certain trust known as BESS MATZ LIBERMAN TRUST: MORRIS LANDSBURGH, DANIEL LIFTER and A. A. KARLIN.**

32 So. (2nd) 922                                           June Term, 1947
December 19, 1947                                          Division A

*Murrell, Fleming & Flowers,* for appellant.
*Broad & Cassel, Keen & O'Kelley, J. Velma Keen* and *Chas. H. Spitz,* for appellees.

894

PER CURIAM:

Affirmed on authority of King v. Palm Beach Bank & Trust Co., 92 Fla. 414, 109 So. 580.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.